

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| El Pescador Church, Inc., | § | No. 08-18-00029-CV |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| Hector P. Ferrero, Rosa Ferrero, Antonio Nunez, and Diego Sanchez, | § | of El Paso County, Texas |
| | § | (TC# 2015DCV0484) |
| Appellees. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **August 21, 2018.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Alfonso Soto, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before August 21, 2018.

IT IS SO ORDERED this 24th day of July, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.